380 P.2d 18

William Leon PINSON, Petitioner,

v.

E. M. PERRY, Justice of the Peace, Precinct No. 6, Eddy County, State of New Mexico, et al., Respondents.

No. 26 HC.

Supreme Court of New Mexico.

April 1, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the motion for dismissal of detainer be and the same is hereby denied.